ORIGINAL

FILED

04/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0125

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0125

JADA KU,

Plaintiff and Appellant,

v.

GREAT FALLS COLLEGE
MONTANA STATE UNIVERSITY,

Defendant and Appellee.

FILED

APR 2 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Self-represented Appellant Jada Ku (Ku) has filed a "Motion Requesting Interpreter, Advocator/Attorney" in her appeal of a decision from the Cascade County District Court, dismissing the amended complaint. Ku provides that she does not know the legal process, that she has a language barrier, and that she has a mental health disability. She includes attachments.

Under Montana law, no statutory authority exists to appoint counsel for a party in a civil matter. There is no statutory authority to appoint an advocate either in her pending appeal. We recognize that Ku appears pro se in this appeal. "While we are predisposed to give pro se litigants considerable latitude in proceedings, that latitude cannot be so wide as to prejudice the other party[.]" *First Bank (N.A.)-Billings v. Heidema*, 219 Mont. 373, 376, 711 P.2d 1384, 1386 (1986). We observe that Ku represented herself in the District Court's underlying case concerning discrimination and other claims. We conclude that Ku is not entitled to representation of counsel in this appeal.

This Court received the District Court record on March 29, 2023. Ku would have received a notice about its filing. We point out that her opening brief is due on or before Friday, April 28, 2023, unless she files a motion for extension of time. See M. R. App. P. 13(1) and M. R. App. P. 26(1). Accordingly,

IT IS ORDERED that Ku's "Motion Requesting Interpreter, Advocator/Attorney" is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Jada Ku along with a copy of this Court's Civil Appellate Handbook.

DATED this 21st day of April, 2023.

For the Court,

By _____
Chief Justice